Flushing Traditional Acupuncture, P.C. v GEICO Ins. Co. (2020 NY Slip Op
51338(U))

[*1]

Flushing Traditional Acupuncture, P.C. v GEICO Ins. Co.

2020 NY Slip Op 51338(U) [69 Misc 3d 140(A)]

Decided on November 6, 2020

Appellate Term, Second Department

Published by New York State Law Reporting Bureau
pursuant to Judiciary Law § 431.

This opinion is uncorrected and will not be
published in the printed Official Reports.

Decided on November 6, 2020
SUPREME COURT, APPELLATE TERM, SECOND
DEPARTMENT, 2d, 11th and 13th JUDICIAL DISTRICTS
PRESENT: : THOMAS P. ALIOTTA, P.J., DAVID ELLIOT, BERNICE D. SIEGAL, JJ

2018-2159 K C

Flushing Traditional Acupuncture, P.C., as
Assignee of John, Dave, Appellant, 
against
GEICO Ins. Co., Respondent. 

The Rybak Firm, PLLC (Damin J. Toell of counsel), for appellant.
Law Office of Goldstein, Flecker & Hopkins (Lawrence Chanice of counsel), for
respondent.

Appeal from an order of the Civil Court of the City of New York, Kings County (Odessa
Kennedy, J.), entered September 12, 2018. The order, insofar as appealed from, denied the
branches of plaintiff's motion seeking summary judgment upon so much of the complaint as
sought to recover upon the unpaid portion of claims for services billed under CPT codes 97810
and 97811, and granted the branches of defendant's cross motion seeking summary judgment
dismissing so much of the complaint as sought to recover upon the unpaid portion of those
claims.

ORDERED that the order, insofar as appealed from, is affirmed, with $25 costs.
In this action by a provider to recover assigned first-party no-fault benefits, plaintiff moved
for summary judgment, and defendant cross-moved for summary judgment dismissing the
complaint, arguing that it had properly used the workers' compensation fee schedule applicable to
chiropractors who render the same services as acupuncturists to reimburse plaintiff for the
acupuncture services plaintiff had rendered. Insofar as is relevant to this appeal, the Civil Court
denied the branches of plaintiff's motion seeking summary judgment upon so much of the
complaint as sought to recover upon the unpaid portion of claims for services billed under CPT
codes 97810 and 97811, and granted the branches of defendant's cross motion seeking summary
judgment dismissing so much of the complaint as sought to recover upon the unpaid portion of
those claims.
For the reasons stated in Flushing Traditional Acupuncture, P.C., as Assignee of Thomas,
Latecia v GEICO Ins. Co. (___ Misc 3d ___, 2020 NY Slip Op _____ [appeal No.
2018-2154 K [*2]C], decided herewith), the order, insofar as
appealed from, is affirmed.
ALIOTTA, P.J., ELLIOT and SIEGAL, JJ., concur.
ENTER:
Paul Kenny
Chief Clerk
Decision Date: November 6, 2020